408

No. 57855.—S. H. Kress & Co. et al. *v.* United States, protests 982891–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of animal or human figures composed wholly or in chief value of papier mâché the same in all material respects as those the subject of Abstract 56975, the claim of the plaintiffs was sustained.

No. 57856.—Patel, Pein & Hudson, Inc. *v.* United States, protest 217858–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of hot plate mats the same in all materials respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.

No. 57857.—J. E. Bernard & Co., Inc. *v.* United States, protests 191234–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of metal temple cores, which are parts of spectacle frames (the frames being valued in excess of $2.50 per dozen), the same in all material respects as those the subject of Abstract 57607, the claim of the plaintiff was sustained.

No. 57858.—Trans World Shipping Corp. *v.* United States, protest 215451–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

No. 57859.—Ernest Lind *v.* United States, protest 215719–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.